# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

ENTERTAINMENT ONE UK LTD.,

    PLAINTIFF,

V.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    DEFENDANTS.

CASE NO.: 1:21-CV-06471

## COMPLAINT

Plaintiff, Entertainment One UK Ltd. ("eOne" or "Plaintiff"), by its undersigned counsel, hereby complains of the Partnerships and Unincorporated Associations identified on Schedule A, attached hereto (collectively, "Defendants"), and for its Complaint hereby alleges as follows:

## JURISDICTION AND VENUE

1. This Court has original subject matter jurisdiction over the claims in this action pursuant to the provisions of the Lanham Act, 15 U.S.C. § 1051 *et seq.*, the Federal Copyright Act, 17 U.S.C. § 101, *et seq.*, 28 U.S.C. § 1338(a)–(b), and 28 U.S.C. § 1331. This Court has jurisdiction over the claims in this action that arise under the laws of the State of Illinois pursuant to 28 U.S.C. § 1367(a), because the state law claims are so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

2. This Court has personal jurisdiction over each Defendant, in that each Defendant conducts significant business in Illinois and in this Judicial District, and the acts and events giving

rise to this lawsuit, of which each Defendant stands accused, were undertaken in Illinois and within this Judicial District.

3.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391, since each Defendant directly targets consumers in the United States, including Illinois, through the fully interactive, commercial Internet stores operating under the online marketplace accounts identified in Schedule A. Each of the Defendants has targeted sales from Illinois residents by operating online stores that offer shipping to the United States, including Illinois, accept payment in U.S. dollars and, on information and belief, has sold, and continues to sell counterfeit products that infringe Plaintiff's trademarks and/or copyrights. Each Defendant is committing tortious acts, is engaging in interstate commerce, and has wrongfully caused substantial injury in the State of Illinois.

## INTRODUCTION

4.     This action has been filed to combat the online trademark and copyright infringement and counterfeiting of Defendants, who trade upon Plaintiff's valuable trademarks and copyrights by selling and/or offering for sale unauthorized, unauthentic, and counterfeit products in connection with Plaintiff's federally registered trademarks, as well as to stop and prevent Defendants' selling of unauthorized products that use, are based on, and/or are derived from copyrighted subject matter created by eOne.

5.     Plaintiff, Entertainment One UK Ltd., is the owner of the federally registered Ricky Zoom and PJ Masks Trademarks, listed in the table below and true and correct copies of which are attached hereto as Exhibit 1 (collectively referred to as the "Ricky Zoom and PJ Masks Trademarks"). The Registrations are valid, subsisting, and in full force and effect. Plaintiff is the owner of numerous Copyright Registrations, which have effective registration dates as early as 2015,

and are attached hereto as Exhibit 2 (hereinafter referred to as "Ricky Zoom and PJ Masks Copyrights").

| REG. NO. | WORD/DESIGN MARK | CLASS(ES) | REG. DATE |
|---|---|---|---|
| 6,264,935 |  | IC 003. US 001 004 006 050 051 052. G & S: Cleaning preparations, polishing preparations, degreasing preparations for household purposes and abrasive preparations; Non-medicated soaps; Perfumery, essential oils, cosmetics, hair lotions; Dentifrices; Aftershave lotions; Antiperspirants; Essential oils for aromatherapy use; Baby oil; Baby wipes impregnated with cleaning preparations; Bath gels; Bath powder; Blush; Body creams, lotions, and powders; Bubble bath; Eau de Cologne; Personal deodorants; cosmetic powders; Essential oils for personal use; Eye liner; Eye shadows; Eyebrow pencils; Face powder; Face creams; Facial lotions; Beauty masks for faces; Facial scrubs; Fragrance emitting wicks for room fragrance; Fragrances for personal use; Hair gels; Hair conditioners; Hair shampoo; Hair mousse; Hair cream; Hair spray; Hand cream; Hand lotions; Non-medicated hand soaps; Lip balm; Lipsticks; Lipstick holders; Lip gloss; Non-medicated liquid soaps; Make-up; Mascara; Mouthwashes, not for medical purposes; Nail care preparations; Nail enamel; Nail hardeners; Nail polish; Perfumes; Pot-pourri; Room scenters, namely, scented room sprays; Shaving creams; Skin soap; Talcum powder; Eaux de toilette; Skin creams; Skin moisturisers; Sun blocking preparations; Non-medicated sun care preparations<br><br>IC 005. US 006 018 044 046 051 052. G & S: Materials for dressings, namely, dressings for wounds; Plasters for medical purposes; Portable filled medicine cases, namely first aid kits; Baby food; Vitamins for children; Herb teas for medicinal purposes; Disinfectants<br><br>IC 008. US 023 028 044. G & S: Tableware, namely, knives, forks and spoons; Table cutlery<br><br>IC 011. US 013 021 023 031 034. G & S: Electric warmers for feeding bottles; Electric food warmers for babies; Electric beverage heaters for milk; Electric beverages warmers for hot drinks; Beverages cooling apparatus, namely, cooling installations for liquids; Electric beverage warmers; Electric hot plates; Electric kettles; Electric food warmers; Electric hobs; Hot plates; Electric kettles; Milk coolers in the nature of beverage cooling apparatuses; Refrigerated dispensing units for beverages; Refrigerated beverage dispensing units; USB-powered cup heaters; Electric waffle irons; Grill accessories, namely, warming trays; Book lights; Bicycle reflectors; Bedside lamps; Accent lights for indoor use; Electric camping lanterns; Candle lamps; Ceiling fans with integrated lights; Ceiling lights; Electric Chinese lanterns; Decorative electric lighting in the nature of electrically-illuminated lamps, figurines; Decorative lighting in the nature of electrically-illuminated lamps, figurines; Desk lamps; Electric torches for lighting; Electronic candles, namely, battery operated electric candles; Fairy lights for festive decorations; Hanging lamps; Head torches; Lamp shades; Lanterns for lighting; LED lamps; LED mood lights; Light shades; Lights, electric, for Christmas trees; Luminaries; Mural lamps being wall lamps; Oil lanterns; Electric pocket torches for lighting; Portable headlamps; Blankets, electric, not for medical purposes; Fan heaters in the nature of convection heaters; Hair driers; Hot air blowers; Hot water bottles; Non-electric hot water bottles; Socks, electrically heated; Travel hair dryer<br><br>IC 014. US 002 027 028 050. G & S: Precious metals and their alloys; Jewellery, precious stones; Horological and chronometric instruments; Alarm clocks; Bracelets; Busts of precious metal; Pendants; Clocks; Earrings; Jewel cases of precious metal; Jewelry chains; Key rings of precious metal; Lapel pins; Necklaces; Necktie fasteners; Non-monetary coins; Ornamental lapel pins; Rings; Stopwatches; Tie clips; Tie pins; Wall clocks; Watch straps; Watch cases being parts of watches; Watch chains; Watches; Wedding bands; Jewelry boxes not of metal; Decorative key fobs not of metal<br><br>IC 020. US 002 013 022 025 032 050. G & S: Furniture, mirrors, picture frames; Air mattresses for use when camping; Bassinets; Beds; Benches being furniture; Bookcases; Cabinets; Chairs; Coat racks; Computer furniture; Computer keyboard trays; Cots; Couches; Decorative mobiles; Desks; Figurines and statuettes made of plaster, plastic, wax, or wood; Hand-held flagpoles, not of metal; Footstools; Hand fans; Toilet mirrors being hand-held mirrors; Lawn furniture; Love seats; | Feb. 9, 2021 |

| REG. NO. | WORD/DESIGN MARK | CLASS(ES) | REG. DATE |
|---|---|---|---|
| | | Magazine racks; Mattresses; Non-Christmas ornaments made of plaster, plastic, wax or wood; Ottomans; Party ornaments of plastic; Pedestals; Pillows; Plant stands made of wire and metal; Plastic novelty license plates; Plastic cake decorations; Tables; Toy boxes; Umbrella stands; Venetian blinds; Wind chimes being decorative articles<br><br>IC 026. US 037 039 040 042 050. G & S: Hair bands; Hair bows; Hair buckles; Hair clips; Elasticated hair bands; Decorative articles for the hair, namely, hair clips; Hair ornaments namely, hair clips; Hair pins; Pins for the hair; Decorative charms for cellular phones; Decorative charms for eyewear; Belt clasp; Belt buckles; Braids; Buckles for clothing; Buttons; Clasps for clothing; Clips for clothing in the nature of clothing accessories, namely, plastic clips that attach to the lower hem of shirts and blouses that allows the user to tighten the hem; Clothing buckles; Cords for clothing, namely, trimmings for clothing; Decorative ribbons, namely, haberdashery ribbons; Embroidered badges, namely, ornamental novelty badges; Elastic ribbons; Embroidered emblems; Embroidered patches for clothing; Embroidered patches for clothing; Embroidery; Embroidery for garments; Lace; Ornamental cloth patches; Ornamental adhesive patches for jackets; Ornamental novelty badges; Ornamental novelty buttons; Ornamental ribbons made of textiles; Patches for repairing textile articles; Ribbons, namely, for the hair; Scarf clips not being jewelry<br><br>IC 029. US 046. G & S: Meat, processed fish, poultry and game; Meat extracts; Preserved, frozen, dried and cooked fruits and vegetables; Jellies, jams, compotes; Eggs; milk; milk products excluding ice cream, ice milk and frozen yogurt; Edible oils and fats<br><br>IC 030. US 046. G & S: Coffee; tea; cocoa; sugar; rice; tapioca; sago; artificial coffee; Flour and preparations made from cereals, namely, cereal based snack food, breakfast cereal; bread; pastry; confectionery made of sugar; edible ices; Honey; treacle; Yeast, baking-powder; Salt; mustard; Vinegar; sauces being condiments; Spices<br><br>IC 032. US 045 046 048. G & S: Beers; Mineral, and aerated waters, and other non-alcoholic beverages, namely, fruit juice; Fruit beverages, and fruit juices; Syrups and other preparations in the nature of fruit juice concentrate for making beverages<br><br>IC 035. US 100 101 102. G & S: Product merchandising for others; Sales promotion, for others, in particular marketing and promotion of goods and services of all kinds, including via online portals; On-line retail store services featuring audiovisual, musical, multimedia and video content and associated merchandise, all in the nature of animated cartoons for pre-school children; Computerized on-line retail store services in the field of entertainment featuring audiovisual, musical, multimedia and video content and associated merchandise<br><br>IC 043. US 100 101. G & S: Café services; cafeteria services; canteen services; day-nursery services; food and drink catering; providing temporary lodging at holiday camps; hotel services; restaurant services; self-service restaurant services; snack-bar services | |
| 6,243,334 |  | IC 009. US 021 023 026 036 038. G & S: Scientific, nautical, surveying, photographic, cinematographic, optical, weighing, measuring, signaling, checking supervision and teaching apparatus and instruments, namely, microscopes, cameras, video cameras, scales, graduated rulers for filming, recording, photographing, weighing and measuring; apparatus for recording, transmission or reproduction of sound or images; blank magnetic data carriers; blank recording discs; data processing equipment, namely, data processors and computers; sound, music and video recordings featuring music, children's entertainment, television programs for children; downloadable ring tones, music, mp3, graphic and video files featuring music, children's entertainment, television programs for children for wireless communications devices; downloadable computer games programs; downloadable video games software; computer games programmes downloaded via the internet; recorded video game programs stored on cartridges, floppy discs, cd-roms, cassettes, tapes and mini discs; compact disc players; compact discs featuring music, children's entertainment, television programs for children; dvd players; recorded computer software for wireless transmission of data and images; downloadable computer programs for wireless transmission of data and images; exposed slide films; cassette players; magic lanterns; | Jan. 12, 2021 |

| REG. NO. | WORD/DESIGN MARK | CLASS(ES) | REG. DATE |
|---|---|---|---|
| | | optical goods, namely, eyeglasses, sunglasses; gramophone records featuring music; sound carriers, namely, cds, dvds, and mp3 files, featuring music, children's entertainment, television programs for children; portable personal stereos; videotapes featuring music, children's entertainment, television programs for children; blank video cassettes; video recorders; downloadable video games programs adapted for use with external screens or monitors only; video game cartridges | |
| | | IC 012. US 019 021 023 031 035 044. G & S: Apparatus for locomotion by land, air or water, namely, drones; Bicycles and bicycle parts in the nature of bicycle frames, wheels, handle bars, pedals and saddles; Scooters in the nature of children's electronic motor scooters, not being toy scooters; Perambulators in the nature of baby carriages; Safety seats for children for vehicles; Boats, in particular rubber dinghies; Hot air balloons; Saddle covers for bicycles or motorcycles; Tricycles not being toys; Electric vehicles, namely, bicycles and scooters not being toy scooters; Rims for bicycle wheels, bicycle chains, bicycle bells, baskets adapted for bicycle, bicycle handlebars, hubs for bicycle wheels, dress guards for bicycles, bicycle pedals, bicycle pumps, bicycle frames, bicycle tires, bicycle saddles, and pannier bags for bicycles; Direction indicators for bicycles, namely, direction signals for vehicles; Repair outfits for inner tubes, namely, patches for repairing inner tubes; Luggage racks for vehicles and luggage bags specially adapted for fitting in the trunk of vehicles, in particular for two-wheeled vehicles; Horns, in particular for automobiles; Carts; Motorcycles and mopeds; Stroller covers for pushchairs; Hub caps; Solid tires for vehicle wheels; Sleighs for transport purposes; Snowmobiles; Fitted seat covers for vehicles; Wheelbarrows; Cycle stands | |
| | | IC 016. US 002 005 022 023 029 037 038 050. G & S: Paper; cardboard; Photographic products and printed matter, namely, pamphlets, Books, Newspapers, Periodicals, Magazines, Brochures, Catalogues, Promotional literature in the nature of informational flyers, all in the field of children's literature; Book binding materials; Printed sheet music; Posters, Greeting cards, Postcards, Picture cards, Stickers and transfers; Stationery; Adhesive plastic films for wrapping and packaging and for mounting images; Drawing, painting and modelling goods and drawing and painting implements, namely, paint brushes; Paint brushes; Adhesives and adhesive strips in the nature of tapes for stationery or household purposes; Diaries; Calendars, bookmarks, kitchen towels of paper and other paper towels; Geographical maps, Maps, Beer mats being coasters of paper, Address stamps, Loose-leaf binders for office use, Jackets for papers; Paper napkins; Protective covers of paper or cellulose for books and stationery use; Filter paper; Packaging material, namely, packaging containers of paper, paper pouches, paper cones, plastic or paper bags for merchandise packaging, sheets of paper or cardboard, and foam foils of plastic being plastic bubble packs; Plastic materials for packaging, namely, plastic film for use as wrapping and packaging material for gift wrapping; Printers' type; Printing blocks; Adhesive tapes for stationery or household purposes | |
| | | IC 018. US 001 002 003 022 041. G & S: Animal skins and hides; Travelling trunks and travelling bags; Fitted belts for luggage, all-purpose carrying bags, Purses, Umbrellas, Parasols, Walking sticks; Whips, harnesses and saddlery; Rucksacks; Luggage; Luggage tags; Overnight bags; Change purses; Satchels; Tote bags; Waist pouches; Wallets; Leather and imitation leather | |
| | | IC 021. US 002 013 023 029 030 033 040 050. G & S: Mugs; Cocktail shakers; Butter dishes; Lunch boxes; Cafetieres being non-electric French presses; Corkscrews, Kitchen jars, namely cookie jars; Trays for household purposes; Dinnerware; Cups and Mugs; Teapots; Brush-making materials; Steelwool; Unworked or semi-worked glass, except building glass; Candle snuffers of precious metal; Candle sticks not of precious metal; Barbecue mitts; Oven gloves in the nature of oven mitts; Oven cloths in the nature of pot holders | |
| | | IC 024. US 042 050. G & S: Textiles and textile goods, namely, banners, flags, coasters, labels for identifying clothing, quilts, hang tags, wall hangings; bed covers; plastic table covers; bath linen; blanket throws; bed canopies; bed linen; bed sheets; bed skirts; bed spreads; children's blankets; cloth coasters; cloth doilies; cloth flags; cloth pennants; duvets; curtains; Fabrics for the manufacture of flags; felt pennants; bath towels; handkerchiefs of textile; hooded towels; household | |

| REG. NO. | WORD/DESIGN MARK | CLASS(ES) | REG. DATE |
|---|---|---|---|
| | | linen; kitchen towels; pillowcases; quilts; baby blankets; silk blankets; table linen; textile napkins in the nature of table linen; textile place mats; table napkins of textile; throws; face cloths | |
| | | IC 025. US 022 039. G & S: Clothing and headwear, namely, shirts, ties as clothing, pants, sweaters, jackets, coats, shorts, t-shirts, sweatshirts, sweatpants, undershirts, underwear, socks, pajamas, belts, caps being headwear, hats, vests, scarves, gloves; footwear, namely, shoes, slippers, flip-flops, and athletic shoes; belts of leather | |
| | | IC 028. US 022 023 038 050. G & S: Games and playthings, namely, role playing games, trivia and question and answer games played with cards and game components, card games, dice games, hand held unit for playing video games, hand held games with liquid crystal displays; electronic and non-electronic puzzles and puzzle games, hand-held, tabletop, and travel-size jigsaw puzzles; playground balls for games; toys, namely, articulated and non-articulated dolls, toy figures, modeled plastic toy figurines, bendable toys and action figures; stuffed bean-bag and cloth toys, namely stuffed toys; toy costume masks; puppets; corrugated playhouses; playing cards; roller-skates; toy scooters; scale model toy vehicles; wooden toy vehicles; diecast toy vehicles; game cards; decorations for christmas trees; action skill games; action figures and accessories therefor; board games; children's multiple activity toys; badminton sets; balloons; basketballs; bath toys; baseballs; beach balls; bean bag dolls; toy building blocks; bowling balls; chess sets; toy imitation cosmetics; christmas stockings; collectable toy figures; crib mobiles; crib toys; tossing disc toys; dolls; doll clothing; accessories for dolls; doll playsets; electric action toys; equipment sold as a unit for playing card games; golf balls; golf gloves; golf ball markers; hand held unit for playing electronic games; hockey pucks; inflatable toys; puzzles; kites; magic tricks; marbles; manipulative games; mechanical toys; music box toys; musical toys; parlor games; party games; soft sculpture plush toys; rubber action balls; skateboards; soccer balls; spinning tops; squeeze toys; stuffed toys; table tennis tables; target games; teddy bears; tennis balls; toy action figures; sand toys, namely, toy bucket and shovel sets; toy mobiles; toy vehicles; toy cars; toy model hobby craft kits for constructing toy model buildings, namely, toy model buildings; toy banks; toy trucks; toy watches; wind-up toys; spinning fidget toys; amusement apparatus adapted for use with television receivers only | |
| | | IC 041. US 100 101 107. G & S: Amusement park services; providing recreation facilities; providing amusement arcade services; presentation of circus performances; presentation of live show performances; presentation of variety shows; entertainment in the nature of theatre productions; entertainment, namely, production of live show performances; organisation of shows for cultural purposes; holiday camp services; entertainment services, namely, live appearances by a professional entertainer; education, namely, providing courses of instruction at the pre-school level; organising community sporting and cultural events | |
| 6,243,291 |  | IC 009. US 021 023 026 036 038. G & S: Scientific, nautical, surveying, photographic, cinematographic, optical, weighing, measuring, signaling, checking supervision and teaching apparatus and instruments, namely, microscopes, cameras, video cameras, scales, graduated rulers for filming, recording, photographing, weighing and measuring; apparatus for recording, transmission or reproduction of sound or images; blank magnetic data carriers; blank recording discs; data processing equipment, namely, data processors and computers; sound, music and video recordings featuring music, children's entertainment, television programs for children; downloadable ring tones, music, mp3, graphic and video files featuring music, children's entertainment, television programs for children for wireless communications devices; downloadable computer games programs; downloadable video games software; computer games programmes downloaded via the internet; recorded video game programs stored on cartridges, floppy discs, cd-roms, cassettes, tapes and mini discs; compact disc players; compact discs featuring music, children's entertainment, television programs for children; dvd players; recorded computer software for wireless transmission of data and images; downloadable computer programs for wireless transmission of data and images; exposed slide films; cassette players; magic lanterns; optical goods, namely, eyeglasses, sunglasses; gramophone records featuring music; sound carriers, namely, cds, dvds, and mp3 files, featuring music, children's entertainment, television programs for | Jan. 12, 2021 |

| REG. NO. | WORD/DESIGN MARK | CLASS(ES) | REG. DATE |
|---|---|---|---|
| | | children; portable personal stereos; videotapes featuring music, children's entertainment, television programs for children; blank video cassettes; video recorders; downloadable video games programs adapted for use with external screens or monitors only; video game cartridges | |
| | | IC 025. US 022 039. G & S: Clothing, footwear and headwear, namely, shirts, ties as clothing, pants, sweaters, jackets, coats, shorts, t-shirts, sweatshirts, sweatpants, undershirts, underwear, socks, pajamas, vests, scarves, gloves; footwear; caps being headwear; hats; belts made of leather | |
| | | IC 028. US 022 023 038 050. G & S: Games and playthings, namely, role playing games, trivia and question and answer games played with cards and game components, card games, dice games, hand held unit for playing video games, hand held games with liquid crystal displays; electronic and non-electronic puzzles and puzzle games, hand-held, tabletop, and travel-size jigsaw puzzles; playground balls for games; toys, namely, articulated and non-articulated dolls, toy figures, modeled plastic toy figurines, bendable toys and action figures; stuffed bean-bag and cloth toys, namely, plush toys; toy costume masks; puppets; corrugated playhouses; playing cards; roller-skates; toy scooters; scale model toy vehicles; wooden toy vehicles; diecast toy vehicles; game cards; decorations for christmas trees; action skill games; action figures and accessories therefor; board games; children's multiple activity toys; badminton sets; balloons; basketballs; bath toys; baseballs; beach balls; bean bag dolls; toy building blocks; bowling balls; chess sets; toy imitation cosmetics; christmas stockings; collectable toy figures; crib mobiles; crib toys; tossing disc toys; dolls; doll clothing; accessories for dolls; doll playsets; electric action toys; equipment sold as a unit for playing card games; golf balls; golf gloves; golf ball markers; hand held unit for playing electronic games; hockey pucks; inflatable toys; puzzles; kites; magic tricks; marbles; manipulative games; mechanical toys; music box toys; musical toys; parlor games; party games; soft sculpture plush toys; rubber action balls; skateboards; soccer balls; spinning tops; squeeze toys; stuffed toys; table tennis tables; target games; teddy bears; tennis balls; toy action figures; sand toys, namely, toy bucket and shovel sets; toy mobiles; toy vehicles; toy cars; toy model hobby craft kits for constructing toy model buildings, namely, toy model buildings; toy banks; toy trucks; toy watches; wind-up toys; spinning fidget toys; amusement apparatus adapted for use with television receivers only | |
| 6,576,870 |  | IC 009. US 021 023 026 036 038. G & S: Children's entertainment and musical entertainment, recording disc, namely, DVDs; sound, music and video recordings featuring children's education and entertainment; downloadable ring tones, music, MP3, graphic and video files for wireless communications devices; video games software; recorded computer software for use in children's education and entertainment for use in electronic storage of data; downloadable computer programs for use in electronic storage of data in children's education and entertainment; sunglasses; spectacle frames; Computer games programs. FIRST USE: 20201031. FIRST USE IN COMMERCE: 20201031

IC 016. US 002 005 022 023 029 037 038 050. G & S: Printed sheet music; Photographs; Pictures; Graphic representations; Posters; Greeting cards; Transfers and Stickers; Stationery; paper napkins; Printed publications, namely, books, booklets, drawing and coloring books, comic books, magazines, activity books, song books, all in the field of children's education and entertainment; notebooks and writing pads; pens; pencils; crayons, pen and pencil cases; arts and craft finger paint kits; printed instructional and teaching material in the field of children's education and entertainment; printed paper napkins; printed stickers and iron-on and plastic transfers; printed postcards and printed greetings cards. FIRST USE: 20200930. FIRST USE IN COMMERCE: 20200930

IC 025. US 022 039. G & S: Clothing and headgear, namely, shirts, ties, pants, sweaters, jackets, coats, shorts, t-shirts, sweatshirts, sweatpants, undershirts, underwear, socks, pajamas, belts, caps, hats, vests, scarves, gloves; footwear, namely, shoes, slippers, flip-flops, and athletic shoes; Belts of leather. FIRST USE: 20200930. FIRST USE IN COMMERCE: 20200930

IC 028. US 022 023 038 050. G & S: Games and playthings, other than those adapted for use with an external display screen or monitor, namely, dolls, board games, role playing games, trivia games | Nov. 30, 2021 |

| REG. NO. | WORD/DESIGN MARK | CLASS(ES) | REG. DATE |
|---|---|---|---|
| | | played with cards and game components and question and answer games, yo-yos, action skill games, dice games, target games; Talking toys; Electronic games and video games, other than those adapted for use with an external display screen or monitor, namely, video game consoles, hand held unit for playing electronic games, hand held unit for playing video games, hand held games with liquid crystal displays; Toys, namely, puppets, articulated and non-articulated dolls, toy figures, modeled plastic toy figures, bendable; Playing cards; Action figures and accessories therefor; Children's multiple activity toys; Balloons; Bath toys; Beach balls; Electric action toys; Hand held units for playing electronic games; Inflatable toys; Puzzles; Jump ropes; Kites; Soft toys, namely, plush toys, bean bag toys, cloth toys in the nature of infant toys; Roller-skates; Rubber action balls; Skateboards; Squeeze toys; Stuffed toys; Toy bucket and shovel sets; Toy vehicles; Toy watches; Wind-up toys; Swimming belts. FIRST USE: 20200731. FIRST USE IN COMMERCE: 20200731 | |
| 5,478,376 | **RICKY ZOOM** | IC 009. US 021 023 026 036 038. G & S: Nautical apparatus and instruments, namely, underwater housings for cameras; surveying instruments; photographic apparatus and instruments, namely, cameras; checking and supervision apparatus and instruments, namely, baby monitors; life-saving apparatus and instruments, namely, life-saving rafts and swim floats in the nature of water wings for safety purposes; teaching apparatus and instruments, namely, medical teaching mannequins; blank and prerecorded magnetic data carriers featuring science, children's education, children's entertainment and musical entertainment, recording disc, namely, pre-recorded video cassettes, tapes, DVDs, multi-media software, CD-ROMs, compact discs, and audio cassettes, all featuring children's entertainment; recording disc, namely, pre-recorded multi-media software for use in electronic storage of data, in the field of children's education and entertainment; data-processing equipment and computers; sound, music and video recordings featuring children's education and entertainment; downloadable ring tones, music, MP3, graphic and video files for wireless communications devices; programs for computer games; video games software; computer game programs downloaded via the internet; video game programs stored on cartridges, floppy discs, CD-ROMs, cassettes, tapes, and mini discs; compact disc players; audio-video compact discs featuring children's education and entertainment; DVD players; recorded computer software for use in children's education and entertainment for use in electronic storage of data; downloadable computer programs for use in electronic storage of data in children's education and entertainment; exposed camera films; cassette players; magic lanterns; optical goods, namely, sunglasses, spectacle frames; gramophone records featuring music, and musical entertainment; life jackets; portable stereos; videotapes, namely, recorded video tapes containing videos and movies in the field of musical entertainment, children's entertainment; video cassettes, namely, recorded video cassettes containing videos in the field of music, children's education and entertainment; video game cartridges; mechanisms for coin-operated apparatus; cash registers; calculating machines; Fire-extinguishing apparatus; Apparatus and instruments for conducting, switching, transforming, accumulating, regulating or controlling electricity; Musical sound and video recordings featuring children's education and entertainment; Computer games programs; Computer games programs downloaded via the Internet; Video game programs stored on cartridges, floppy discs, CD-ROMs, cassettes, tapes and mini discs; Compact disc players; Blank audio-video compact discs; Compact discs featuring music; Computer games software, recorded on computer media; Downloadable computer games software; Exposed photographic film; Exposed cinematographic films; Video game programs, cartridges, discs and cassettes adapted for use with external screens or monitors only; Pre-paid telephone calling cards, magnetically encoded; Magnetically encoded credit cards<br><br>IC 016. US 002 005 022 023 029 037 038 050. G & S: Newspapers; Book binding materials; Printed sheet music; Telephone calling cards, not magnetically coded; Credit cards without magnetic coding; Cromos; Photographs, Pictures, Graphic representations; Posters, Greeting cards, Postcards, Picture cards, Transfers and Stickers; Photographic and Collectors' albums; Stationery; Adhesive films and tapes for stationery or household decorative purposes; Paint brushes; Adhesives and adhesive strips for stationery or household purposes; Diaries; Calendars, bookmarks, kitchen towels of paper and other paper towels; Geographical maps, Maps; beer mats, namely, paper coasters; Address stamps, Loose-leaf binders for office use, Jackets for papers; paper napkins, Filter | May 29, 2018 |

| REG. NO. | WORD/DESIGN MARK | CLASS(ES) | REG. DATE |
|---|---|---|---|
| | | paper packaging material, namely, paper containers, paper pouches, paper cones, bags and sheets of paper and cardboard; plastic foils; Plastic materials for packaging, namely, film and bubble packs; Printers' type; Printing blocks; Adhesive tapes for stationery or household purposes; Letter openers of precious metal; Printed publications, namely, books, booklets, drawing and coloring books, comic books, magazines, activity books, song books, all in the field of children's education and entertainment; notebooks and writing pads, pens, pencils and crayons, pen and pencil cases; arts and craft finger paint kits; modeling compounds; re-usable and air-drying compounds for modeling; printed instructional and teaching material in the field of children's education and entertainment; printed paper napkins; printed paper tablecloths and printed paper mats; printed stickers and iron-on and plastic transfers; printed postcards and printed greetings cards | |
| | | IC 025. US 022 039. G & S: Clothing and headgear, namely, shirts, ties, pants, sweaters, jackets, coats, shorts, t-shirts, sweatshirts, sweatpants, undershirts, underwear, socks, pajamas, belts, caps, hats, vests, scarves, gloves; footwear, namely, shoes, slippers, flip-flops, and athletic shoes; Belts of leather | |
| | | IC 028. US 022 023 038 050. G & S: Games and playthings, other than those adapted for use with an external display screen or monitor, namely, dolls, board games, role playing games, trivia games played with cards and game components and question and answer games, chess games, card games, yo-yos, action skill games, dice games, target games; Musical toys; Talking toys; Electronic games and video games, other than those adapted for use with an external display screen or monitor, namely, video game consoles, hand held unit for playing electronic games, hand held unit for playing video games, hand held games with liquid crystal displays; Toys, namely, puppets, articulated and non-articulated dolls, toy figures, modeled plastic toy figures, bendable; Playing cards; Game cards; Gymnastic and sporting articles, namely, balance beams, golf ball dispensers; Decorations for Christmas trees; Action figures and accessories therefor; Children's multiple activity toys; Badminton sets; Balloons; Basketballs; Bath toys; Baseballs; Beach balls; Bean bag dolls; Toy building blocks; Bowling balls; Chess sets; Christmas stockings; Collectable toy figures; Crib mobiles; Crib toys; Tossing disc toys; Doll clothing; Accessories for dolls; Doll playsets; Children's play cosmetics; Electric action toys; Equipment sold as a unit for playing card games; Fishing tackle; Golf balls; Golf gloves; Golf ball markers; Hand held units for playing electronic games; Hockey pucks; Inflatable toys; Puzzles; Jump ropes; Kites; Magic tricks; Marbles; Manipulative games; Mechanical toys; Music box toys; Parlor games; Party games; Soft sculpture toys; Soft toys, namely, plush toys, bean bag toys, cloth toys in the nature of infant toys; Roller-skates; Rubber action balls; Skateboards; Soccer balls; Spinning tops; Squeeze toys; Stuffed toys; Table tennis tables; Teddy bears; Tennis balls; Toy action figures; Toy bucket and shovel sets; Toy mobiles; Toy vehicles; Toy scooters; Toy cars; Toy banks; Toy trucks; Toy watches; Wind-up toys; Amusement apparatus adapted for use with television receivers; Water-wings; Swimming belts; Video games apparatus, namely, video game consoles adapted for use with external screens or monitors | |
| 5,461,563 | **PJ Masks** | IC 009. US 021 023 026 036 038. G & S: optical goods, namely, sunglasses and eyeglasses<br><br>IC 018. US 001 002 003 022 041. G & S: trunks and travelling bags; all-purpose carrying bags, purses, umbrellas, parasols, walking sticks; rucksacks; luggage; luggage tags; overnight bags; change purses; satchels; tote bags; waist pouches; wallets | May 8, 2018 |
| 5,348,145 | **PJ Masks** | IC 003. US 001 004 006 050 051 052. G & S: Bleaching preparations and other substances for laundry use, namely laundry detergent; cleaning preparations, polishing preparations, degreasing preparations for household purposes and abrasive preparations in the nature of abrasive paste; soaps, namely soaps for body care; perfumery, essential oils, cosmetics, hair lotions; dentifrices; aftershave lotions; antiperspirants; aromatherapy essential oils; baby oil; baby wipes; bath gels; bath powder; blush; body creams, lotions in the nature of lotions for skin, and powders in the nature of soap powders; breath fresheners; bubble bath; eau de cologne; deodorants, namely body deodorants; powders, namely perfumed powders; essential oils for personal use; eye liner; eye shadows; eyebrow pencils; face powder; face creams; facial lotions; face masks, namely beauty masks; facial | Dec. 5, 2017 |

| REG. NO. | WORD/DESIGN MARK | CLASS(ES) | REG. DATE |
|---|---|---|---|
| | | scrubs; air fragrancing preparations for household use; hair gels; hair conditioners; hair shampoo; hair mousse; hair cream; hair spray; hand cream; hand lotions; soaps for the hand; lip balm; lipsticks; lipstick holders; lip gloss; liquid soaps; make-up; mascara; mouthwash; nail care preparations; nail enamel; nail hardeners; nail polish; perfumes; pot-pourri; room scenters, namely scented room sprays; shaving creams; skin soap; talcum powder; eaux de toilette; skin creams; skin moisturisers; sun blocking preparations; non-medicated sun care preparations | |
| | | IC 005. US 006 018 044 046 051 052. G & S: Materials for dressings, namely gauze; plasters, namely medical plasters; portable filled medicine cases, namely first aid kits; baby food; vitamins for children; herb teas for medicinal purposes; disinfectants for sanitary purposes | |
| | | IC 012. US 019 021 023 031 035 044. G & S: Vehicles, namely, strollers; apparatus for locomotion by land, air or water, namely, airplanes; bicycle parts included in this class, namely, bicycle seats, bicycle chains; perambulators; safety seats for children for vehicles; boats, in particular rubber dinghies; air balloons in the nature of vehicular balloons; saddle covers for bicycles or motorcycles; mechanical anti-theft devices for vehicles; shopping trolleys; rims for bicycle wheels, chains, bells, baskets adapted for bicycles, handlebars, wheel hubs, dress guards, pedals, pumps, frames, saddles and pannier bags for bicycles; direction indicators in the nature of signals for vehicles, in particular for bicycles; repair outfits for inner tubes, namely patches for repairing inner tubes; luggage racks and saddle bags for vehicles, in particular for two-wheeled vehicles in the nature of bicycles and motorcycles; horns, in particular for automobiles; carts; stroller covers; hub caps; wheelchairs; rear view mirrors; sleighs for transport purposes; fitted seat covers for vehicles; wheelbarrows; bicycle stands | |
| | | IC 014. US 002 027 028 050. G & S: Precious metals and their alloys and goods of precious metals or coated therewith included in this class, namely, key rings, jewelry cases; jewellery, precious stones; horological and chronometric instruments; alarm clocks; bracelets; busts of precious metal; pendants; clocks; earrings; jewel cases of precious metal; jewelry chains; key rings of precious metal; lapel pins; necklaces; necktie fasteners; non-monetary coins; ornamental pins; rings; stopwatches; tie clips; tie pins; wall clocks; watch straps; watch cases; watch chains; watches; wedding bands; jewelry boxes not of metal; decorative key fobs not of metal | |
| | | IC 020. US 002 013 022 025 032 050. G & S: Furniture, mirrors, picture frames; goods of wood, cork, reed, cane, wicker, horn, bone, ivory, whalebone, shell, amber, mother-of-pearl, meerschaum and substitutes for all these materials, or of plastics, namely drawer pulls; air mattresses for use when camping; bassinets; beds; benches being furniture; bookcases; cabinets; chairs; coat racks; computer furniture; computer keyboard trays; cots; couches; decorative mobiles; desks; figurines and statuettes made of bone, plaster, plastic, wax, or wood; flagpoles; footstools; hand fans; hand-held mirrors; lawn furniture; love seats; magazine racks; mattresses; non Christmas ornaments made of bone, plaster, plastic, wax or wood; ottomans; party ornaments of plastic; pedestals; pillows; plant stands made of wire and metal; decorative wall plaques made of plastic and wood; plastic name badges being decorative articles; plastic novelty license plates; plastic cake decorations; sleeping bags; tables; toy boxes; umbrella stands; venetian blinds; wind chimes being decorative articles | |
| | | IC 021. US 002 013 023 029 030 033 040 050. G & S: Brushes except paint brushes, namely, hair brushes; brush-making materials; articles for cleaning purposes, namely, cleaning cloths; steel wool; unworked or semi-worked glass, except glass used in building | |
| | | IC 024. US 042 050. G & S: Textiles and textile goods included in this class, namely textile table napkins; bed and plastic table covers; afghans; bath linen; blankets, namely bed blankets; bed canopies; bed linen; bed sheets; bed skirts; bed spreads; blanket throws; calico; children's blankets; cloth coasters; cloth doilies; cloth flags; cloth pennants; duvets; curtains; fabric for flags; felt pennants; golf towels; towels; handkerchiefs; hooded towels; household linen; kitchen towels; pillowcases; plastic flags being decorative articles; plastic pennants being decorative articles; quilts; | |

| REG. NO. | WORD/DESIGN MARK | CLASS(ES) | REG. DATE |
|---|---|---|---|
| | | baby blankets; silk blankets; table linen; textile table napkins; textile place mats; table napkins of textile; throws; face cloths | |
| | | IC 027. US 019 020 037 042 050. G & S: Carpets; rugs; car mats, namely floor mats; bath mats; gymnastic mats; plastic floor coverings; wall hangings not of textile; wallpaper of textile | |
| | | IC 029. US 046. G & S: Jellies, jams, compotes; eggs; milk; milk products excluding ice cream, ice milk and frozen yogurt; edible oils and fats | |
| | | IC 030. US 046. G & S: Tea; cocoa; sugar; rice; tapioca; sago; artificial coffee; flour and preparations made from cereals, namely cereal bars; bread; pastry; confectionery, namely chocolate; ices; honey; treacle; yeast, baking-powder; salt; mustard; vinegar; sauces as condiments, namely hot sauce; spices | |
| | | IC 035. US 100 101 102. G & S: Product merchandising for others; sales promotion, for others, in particular marketing and promotion of goods and services of all kinds, including via online portals; retail store services provided via the internet and other computer and electronic communications networks featuring downloadable pre-recorded audio, audiovisual, musical, multimedia and video content | |
| | | IC 038. US 100 101 104. G & S: Audio and video broadcasting services provided via the internet; audio broadcasting; audio, video and multimedia in the nature of radio broadcasting via the internet and digital and wireless communications networks; broadcasting of motion picture films via the internet; broadcasting of teleshopping programs; transmission of videos, movies, pictures, images, text, photos, games, user generated content in the nature of data, audio content, and information via the internet; video broadcasting; chat room services for social networking; computer aided transmission of messages, data and images; delivery of digital music by wireless communication networks, electronic transmission; multimedia messaging services; providing internet chatrooms and internet forums in the field of music; streaming audio and video material on the internet; transmission of data, audio, video and multimedia files; transmission and distribution of data or audiovisual images via a global computer network or the internet; transmission of greeting cards online; webcasting services | |
| 4,815,385 | **PJ Masks** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Paper; cardboard; goods made from paper or cardboard, namely, boxes, cartons, storage containers; photographic products, namely, photographic prints; printed matter, namely, pamphlets, books, newspapers, periodicals, magazines, brochures, catalogues and promotional pamphlets, all in the field of children's entertainment; book binding materials; sheet music; telephone calling cards and credit cards, without magnetic coding; chromolithographs; photographs; pictures; graphic representations; manuals in the field of instructional math; posters; greeting cards; postcards; picture cards; transfers and stickers; photograph albums; collectors' albums in the nature of stamp albums; stationery products, namely, envelopes; adhesive tapes for household decoration and stationery purposes; artists' materials, namely, molds for modeling clays; drawing, painting and modelling goods, namely, palettes for painting, pencils for painting, modeling clay, moulds for modelling clay; drawing and painting implements, namely, square rulers; paintbrushes; adhesives and adhesive strips for stationery or household purposes; typewriters; office requisites, namely, rubber bands; printed instructional and teaching material in the field of children's education; diaries; calendars; bookmarks; kitchen towels of paper; paper towels; geographical maps; maps; beer mats, namely, coasters of paper or cardboard; address stamps; loose-leaf binders for office use; paper file jackets; paper napkins; sheets of reclaimed cellulose for wrapping; filter paper; paper and cardboard containers; paper and cardboard pouches for packaging; paper and cardboard bags for packaging; absorbent sheets of paper for foodstuff packaging; plastic bags, film for packaging; printers' type; printing blocks; adhesive tapes for stationery or household purposes; letter openers of precious metal | Sept. 22, 2015 |

| REG. NO. | WORD/DESIGN MARK | CLASS(ES) | REG. DATE |
|---|---|---|---|
| | | IC 025. US 022 039. G & S: Clothing, namely, shirts, ties, pants, sweaters, jackets, coats, shorts, t-shirts, sweatshirts, sweatpants, undershirts, underwear, socks, pajamas, vests, scarves, gloves; footwear; headwear; leather belts; bolo ties with precious metal tips | |
| | | IC 028. US 022 023 038 050. G & S: Games, playthings and toys, namely, role playing games, trivia and question and answer games, card games, dice games, hand held unit for playing video games, hand held games with liquid crystal displays; electronic and non-electronic puzzles and puzzle games, hand-held, tabletop, and travel-size jigsaw puzzles; playground balls for games; dolls and toys, namely, articulated and non-articulated dolls, toy figures, modeled plastic toy figurines, bendable toys and action figures; stuffed, plush, bean-bag and cloth toys; toy costume masks; puppets; corrugated playhouses; playing cards; roller-skates; toy scooters; scale model toy vehicles; wooden toy vehicles; diecast toy vehicles; playing cards and card games; gymnastic and sporting articles, namely, horizontal bars; decorations for Christmas trees, except illumination articles and confectionery; action skill games; action figures and accessories therefor; board games; card games; children's multiple activity toys; badminton sets; balloons; basketballs; bath toys; baseballs; beach balls; bean bag dolls; toy building blocks; bowling balls; chess sets; Christmas stockings; collectable toy figures; crib mobiles; crib toys; tossing disc toys; dolls; doll clothing; accessories for dolls; doll playsets; electric action toys; equipment sold as a unit for playing card games; fishing tackle; golf balls; golf gloves; golf ball markers; hand held unit for playing electronic games; hockey pucks; inflatable toys; jump ropes; kites; magic tricks; marbles; manipulative games; mechanical toys; music box toys; musical toys; parlor games; party games; soft sculpture toys; puppets; roller skates; rubber action balls; skateboards; soccer balls; spinning tops; squeeze toys; stuffed toys; table tennis tables; target games; teddy bears; tennis balls; toy action figures; toy bucket and shovel sets; toy mobiles; toy vehicles; toy scooters; toy cars; toy model hobbycraft kits; toy figures; toy banks; toy trucks; toy watches; wind up toys; yo-yos | |
| 4,980,494 |  | IC 005. US 006 018 044 046 051 052. G & S: Materials for dressings, namely, gauze; plasters, namely, medical plasters; portable filled medicine cases, namely, first aid kits; baby food; vitamins for children; herb teas for medical purposes; disinfectants for sanitary purposes<br><br>IC 008. US 023 028 044. G & S: Tableware, namely, knives, forks, spoons; cutlery<br><br>IC 012. US 019 021 023 031 035 044. G & S: Vehicles, namely, strollers, bicycles; apparatus for locomotion by land, air or water, namely, go-carts, boats; bicycles and parts therefor included in this class, namely, bicycle seats, bicycle chains; scooters; perambulators; safety seats for children for vehicles; boats, in particular rubber dinghies; trailers being vehicles; air balloons in the nature of vehicular balloons; boats; side cars; saddle covers for bicycles or motorcycles; tricycles; mechanical anti-theft devices for vehicles; shopping trolleys; electric vehicles, namely, cars; rims for bicycle wheels, chains, bells, baskets, handlebars, hubs, dress guards, pedals, pumps, frames, tires, saddles and pannier bags for bicycles; direction indicators for vehicles, in particular for bicycles; luggage racks and saddle bags for vehicles, in particular for two-wheeled vehicles; horns, in particular for automobiles; carts; motorcycles and mopeds; stroller covers; hub caps; tires, solid, for vehicle wheels; wheelchairs; rear view mirrors; sleighs for transport purposes; snowmobiles; fitted seat covers for vehicles; wheelbarrows; bicycle stands<br><br>IC 014. US 002 027 028 050. G & S: Precious metals and their alloys [ and goods of precious metals or coated therewith, ] namely, key rings, jewelry cases; jewellery, precious stones; horological and chronometric instruments; alarm clocks; bracelets; busts of precious metal; pendants; clocks; earrings; jewel cases of precious metal; jewelry chains; key rings of precious metal; lapel pins; necklaces; necktie fasteners; non-monetary coins; ornamental pins; rings; stopwatches; tie clips; tie pins; wall clocks; watch straps; watch cases; watch chains; watches; wedding bands; jewelry boxes not of metal; key fobs not of metal<br><br>IC 020. US 002 013 022 025 032 050. G & S: Furniture, mirrors, picture frames; [ goods of wood, cork, reed, cane, wicker, horn, bone, ivory, whalebone, shell, amber, mother-of-pearl, meerschaum and substitutes for all these materials, or of plastics, namely, drawer pulls; ] air mattresses for use when camping; bassinets; beds; benches being furniture; bookcases; cabinets; chairs; coat racks; | June 21, 2016 |

| REG. NO. | WORD/DESIGN MARK | CLASS(ES) | REG. DATE |
|---|---|---|---|
| | | computer furniture; computer keyboard trays; cots; couches; decorative mobiles; desks; figurines and statuettes made of bone, plaster, plastic, wax, or wood; flagpoles; footstools; hand fans; hand-held mirrors; lawn furniture; love seats; magazine racks; mattresses; non Christmas ornaments made of bone, plaster, plastic, wax or wood; ottomans; party ornaments of plastic; pedestals; pillows; plant stands made of wire and metal; decorative wall plaques made of plastic and wood; plastic name badges being decorative articles; plastic novelty license plates; plastic cake decorations; sleeping bags; tables; toy boxes; umbrella stands; venetian blinds; wind chimes being decorative articles<br><br>IC 027. US 019 020 037 042 050. G & S: Carpets; rugs; car mats, namely, floor mats; bath mats; gymnastic mats; plastic floor coverings; wall hangings not of textile<br><br>IC 035. US 100 101 102. G & S: Product merchandising for others; sales promotion, for others, in particular marketing and promotion of goods and services of all kinds, including via online portals; retail store services provided via the internet and other computer and electronic communications networks, featuring audio, audiovisual, musical, multimedia and video content<br><br>IC 038. US 100 101 104. G & S: Audio and video broadcasting services provided via the internet; audio broadcasting; audio, video and multimedia broadcasting via the internet and digital, and wireless communications networks; broadcasting of motion picture films via the internet; broadcasting of teleshopping programs; transmission of videos, movies, pictures, images, text, photos, games, user-generated content, audio content, and information via the internet; video broadcasting; chat room services for social networking; computer aided transmission of messages, data and images; delivery of digital music by wireless communication networks, electronic transmission; multimedia messaging services; providing internet chatrooms and internet forums; streaming audio and video material on the internet; transmission of data, audio, video and multimedia files; transmission and distribution of data or audiovisual images via a global computer network or the internet; transmission of greeting cards online; webcasting services<br><br>IC 041. US 100 101 107. G & S: Sporting and cultural activities, namely, organizing sports tournaments; editing and production of film, television, radio programs; radio entertainment editing and production; arranging and conducting of cultural, entertainment and sporting events, namely, youth sports programs; live musical performances by a musical group; arranging of concerts; photographing; providing recreation facilities | |
| 4,986,001 |  | IC 003. US 001 004 006 050 051 052. G & S: Cleaning preparations for the teeth; dentifrices; dentifrices in the form of chewing gum; non-medicated mouthwashes; teeth cleaning lotions; tooth paste; fragrance preparations; perfumes; toilet waters; shower gels; soap for personal use; liquid soaps; bath oil; bath salts; bubble bath; foam bath; body sprays; deodorants for personal use; after sun creams; baby lotions; baby powders; body creams; cold creams; day skin creams; face creams; hand creams; lip balm; skin moisturisers; skin creams; sun screen; sun-block lotions; sunscreen creams; waterproof sunscreen; baby shampoo; shampoos; soap powder; shoe polish; air fragrancing preparations<br><br>IC 009. US 021 023 026 036 038. G & S: Downloadable electronic publications, namely newsletters, magazines,in the field of children's entertainment; electronic publications, namely newsletters, magazines, in the field of children's entertainment, recorded on computer media; downloadable musical sound recordings; downloadable publications, namely, newsletters, magazines, in the field of children's entertainment; video disks and video tapes with recorded animated cartoons; animated films featuring children's entertainments; audio recordings featuring songs and movie soundtracks; audio visual recordings featuring children's tv series and movies; compact discs featuring music; downloadable digital music provided from a computer database or the internet; downloadable digital music provided from mp3 internet web sites; downloadable graphics for mobile phones; downloadable image files containing animated cartoon characters; downloadable music files; electronic publications recorded on computer media, namely newsletters, magazines, in the field of children's entertainment; motion picture films about animated children characters; audio recordings featuring music; musical recordings in the form of discs; | June 28, 2016 |

| REG. NO. | WORD/DESIGN MARK | CLASS(ES) | REG. DATE |
|---|---|---|---|
| | | musical video recordings; pre-recorded DVDs featuring music; pre-recorded video tapes featuring animated cartoon movies; pre-recorded video disk, tapes, featuring animated cartoon movies; DVDs featuring recorded animated cartoon movies; downloadable weekly publications in electronic form from the internet, namely newsletters, magazines, in the field of animated cartoons; computer game software downloadable from a global computer network; computer game software; children's educational software; computer programs for video and computer games; games software; video and computer game programs; computer memories; blank USB flash drives; apparatus for reproduction of sound; digital audio players; ear phones; headsets for computers, telephones; headphones; chains for sunglasses; frames for sunglasses; clip-on sunglasses; bicycle helmets; protection helmets for sports; riding helmets; sports helmets; cyclists' glasses; glasses for sports; goggles for sports; ski goggles; computer game software for use on mobile and cellular phones | |
| | | IC 016. US 002 005 022 023 029 037 038 050. G & S: Graphic prints; comic magazines; general feature magazines; printed periodicals in the field of cartoons; bags, envelopes, and pouches of paper or plastics, for packaging; ball pens; cases for pencils; cases for pens; colour pencils; felt pens; ink pens; pen holders; pen cases; pen boxes; pens; roller ball pens; correcting pencils; erasers; ink erasers; pencil erasers; albums for stickers; photo albums; scrap books; book covers; birthday books; baby books; drawing books; books for children; painting books; picture books; pop-up children's books; children's books incorporating an audio component; dinner mats, namely, place mats of cardboard; dinner mats, namely, place mats of paper; disposable napkins; drying towels of paper; facial tissue; hand towels of paper; kitchen paper; mats of paper for drinking glasses; paper banners; paper face towels; paper hand-towels; paper napkins; paper place mats; paper serviettes; paper table covers; paper table linen; paper table mats; paper table napkins; paper tissues; paper towels; disposable paper wipes not impregnated with chemicals or compounds; placards of paper; place cards; pocket handkerchiefs of paper; serviettes of paper; tissues of paper; towels of paper | |
| | | IC 018. US 001 002 003 022 041. G & S: Leather and imitations of leather; animal skins, hides; trunks and travelling bags; umbrellas; parasols; walking sticks; whips, harness and saddlery; beach umbrellas; umbrellas for children; baby backpacks; belt bags; briefcases; carryalls; duffle bags; hunters' game bags; handbags; holdalls; infant carriers worn on the body; leather bags; leather cases; luggage; purses; rucksacks; schoolbags; sports bags; suitcases; travel bags | |
| | | IC 021. US 002 013 023 029 030 033 040 050. G & S: Household or kitchen containers; combs and bath sponges; brushes except paint brushes, namely hair brushes; articles for cleaning purposes, namely cleaning cloth; glassware, porcelain and earthenware, namely beverage glassware, mugs; bath brushes; drinking straws; drinking glasses; plastic cups; dental floss; tooth brushes; electric toothbrushes | |
| | | IC 024. US 042 050. G & S: Textiles and textile goods, namely textile fabrics for the manufacture of clothing; bed covers and table covers in the nature of textile tablecloths, plastic table covers; hand towels of textile; individual place mats made of textile; kitchen towels; plastic place mats; serviettes of textile; plastic table covers; tea towels; textile table napkins; textile place mats; vinyl place mats; bed blankets; bed covers; bed sheets; children's blankets; coverlets; covers for cushions; cushion covers; mattress covers; pillow cases; quilts; sleeping bag liners; traveling rugs; travelling blankets; bath linen, except clothing; beach towels; bath towels; children's towels; hooded towels; large bath towels | |
| | | IC 025. US 022 039. G & S: Headwear; bathing caps; caps with visors; golf caps; rain hats; sun hats; swimming caps; clothing, namely t-shirts, jackets, dresses; anoraks; athletic clothing, namely , shirts, pants, jackets, footwear, hats and caps, athletic uniforms; babies' clothing, namely romper suits; bath robes; bathing costumes; beach clothes, namely bathing costumes, bathings shorts; bikinis; blouses; blousons; body suits; boxer shorts; briefs; capes; cloaks; coats; dresses; gowns; jeans; knickers; knitwear, namely knitwear jackets; nightwear; overalls; overcoats; pants; pyjamas; ponchos; rain coats; skirts; socks; sportswear, namely, jackets, jerseys, pants, shirts, vests, singlets, | |

| REG. NO. | WORD/DESIGN MARK | CLASS(ES) | REG. DATE |
|---|---|---|---|
| | | coats, shorts, sweatshirts, t-shirts; stockings; sweatshirts; t-shirts; underwear; wind coats; shoes; sandals; rain boots; sports shoes | |
| | | IC 028. US 022 023 038 050. G & S: Water wings; swimming belts; swimming boards; amusement park rides; action figure toys; action toys, namely electronic action toys; baby rattles; baby swings; baby playthings, namely baby multiple activity toys; toy namely battery-powered computer game with LCD screen; video game apparatus, namely video game machines, video game joysticks; electronic hand-held game units; games adapted for use with television receivers; hand-held electronic game consoles; handheld computer game consoles; games and playthings, namely dolls; building games; board games; card games; balls for games; boards for playing board games; portable games with liquid crystal displays | |
| | | IC 029. US 046. G & S: Meat, fish, poultry and game, not live; meat extracts; preserved, frozen, dried and cooked fruits and vegetables; jellies, jams, compotes; eggs; milk; milk products excluding ice cream, ice milk and frozen yogurt; edible oils and fats | |
| | | IC 030. US 046. G & S: Coffee; tea; cocoa; sugar; rice; tapioca; sago; artificial coffee; flour and preparations made from cereals, namely, breakfast cereals; bread; pastry; confectionery, namely candy; ices; honey; treacle; yeast, baking-powder; salt; mustard; vinegar; sauces being condiments; spices; ice | |
| | | IC 032. US 045 046 048. G & S: Beers; mineral and aerated waters and other non-alcoholic beverages, namely soft drinks; fruit beverages and fruit juices; syrups and other preparations for making beverages, namely fruit drinks | |
| 6,332,148 | **PJ MASKS** | IC 011. US 013 021 023 024 031 034. G & S: Electric warmers for feeding bottles; Electric food warmers for babies; Electric beverage heaters for milk; Electric beverages warmers for hot drinks; Beverages cooling apparatus, namely, cooling installations for liquids; Electric beverage warmers; Electric hot plates; Electric kettles; Electric food warmers; Electric hobs; Hot plates; Electric kettles; Milk coolers in the nature of beverage cooling apparatuses; Refrigerated dispensing units for beverages; Refrigerated beverage dispensing units; USB-powered cup heaters; Electric waffle irons; Grill accessories, namely, warming trays; Book lights; Bicycle reflectors; Bedside lamps; Accent lights for indoor use; Electric camping lanterns; Candle lamps; Ceiling fans with integrated lights; Ceiling lights; Electric Chinese lanterns; Decorative electric lighting in the nature of electrically-illuminated figurines; Decorative lighting in the nature of electrically-illuminated figurines; Desk lamps; Electric torches for lighting; Electronic candles, namely, battery operated electric candles; Fairy lights for festive decorations; Hanging lamps; Head torches; Lamp shades; Lanterns for lighting; LED lamps; LED mood lights; Light shades; Lighting apparatus, namely, lighting installations; Lights, electric, for Christmas trees; Luminaries; Mural lamps being wall lamps; Oil lanterns; Electric pocket torches for lighting; Portable headlamps; Blankets, electric, not for medical purposes; Fan heaters in the nature of convection heaters; Hair driers; Hot air blowers; Hot water bottles; Non-electric hot water bottles; Socks, electrically heated; Travel hair dryers<br><br>IC 026. US 037 039 040 042 050. G & S: Hair bands; Hair bows; Hair buckles; Hair clips; Elasticated hair bands; Decorative articles for the hair, namely, hair clips; Hair ornaments, namely, hair bows; Hair pins; Pins for the hair; Decorative charms for cellular phones; Decorative charms for eyewear; Belt clasp; Belt buckles; Braids; Buckles for clothing; Buttons; Clasps for clothing; Clips for clothing in the nature of clothing accessories, namely, plastic clips that attach to the lower hem of shirts and blouses that allows the user to tighten the hem; Clothing buckles; Cords for clothing, namely, trimmings for clothing; Decorative ribbons, namely, haberdashery ribbons; Embroidered badges, namely, ornamental novelty badges; Elastic ribbons; Embroidered emblems; Embroidered patches for clothing; Embroidered patches for clothing; Embroidery; Embroidery for garments; Lace; Ornamental cloth patches; Ornamental adhesive patches for jackets; Ornamental novelty badges; Ornamental novelty buttons; Ornamental ribbons made of textiles; Patches for repairing textile articles; Ribbons, namely, of textile materials; Scarf clips not being jewelry | Feb. 9, 2021 |

| REG. NO. | WORD/DESIGN MARK | CLASS(ES) | REG. DATE |
|---|---|---|---|
| | | IC 043. US 100 101. G & S: Café services; cafeteria services; canteen services; day-nursery services; food and drink catering; providing temporary lodging at holiday camps; hotel services; restaurant services; self-service restaurant services; snack-bar services | |
| 6,286,468 |  | IC 011. US 013 021 023 031 034. G & S: Electric warmers for feeding bottles; Electric food warmers for babies; Electric beverage heaters for milk; Electric beverages warmers for hot drinks; Beverages cooling apparatus, namely, cooling installations for liquids; Electric beverage warmers; Electric hot plates; Electric kettles; Electric food warmers; Electric hobs; Hot plates; Electric kettles; Milk coolers in the nature of beverage cooling apparatuses; Refrigerated dispensing units for beverages; Refrigerated beverage dispensing units; USB-powered cup heaters; Electric waffle irons; Grill accessories, namely, warming trays; Book lights; Bicycle reflectors; Bedside lamps; Accent lights for indoor use; Electric camping lanterns; Candle lamps; Ceiling fans with integrated lights; Ceiling lights; Electric Chinese lanterns; Decorative electric lighting in the nature of electrically-illuminated figurines, lanterns, lamps; Decorative lighting in the nature of electrically-illuminated figurines, lanterns, lamps; Desk lamps; Electric torches for lighting; Electronic candles, namely, battery operated electric candles; Fairy lights for festive decorations; Hanging lamps; Head torches; Lamp shades; Lanterns for lighting; LED lamps; LED mood lights; Light shades; Lights, electric, for Christmas trees; Luminaries; Mural lamps being wall lamps; Oil lanterns; Electric pocket torches for lighting; Portable headlamps; Blankets, electric, not for medical purposes; Fan heaters in the nature of convection heaters; Hair driers; Hot air blowers; Hot water bottles; Non-electric hot water bottles; Socks, electrically heated; Travel hair dryers<br><br>IC 026. US 037 039 040 042 050. G & S: Hair bands; Hair bows; Hair buckles; Hair clips; Elasticated hair bands; Decorative articles for the hair, namely, hair clips; Hair ornaments, namely, hair clips; Hair pins; Pins for the hair; Decorative charms for cellular phones; Decorative charms for eyewear; Belt clasp; Belt buckles; Braids; Buckles for clothing; Buttons; Clasps for clothing; Clips for clothing in the nature of clothing accessories, namely, plastic clips that attach to the lower hem of shirts and blouses that allows the user to tighten the hem; Clothing buckles; Cords for clothing, namely, trimmings for clothing; Decorative ribbons, namely, haberdashery ribbons; Embroidered badges, namely, ornamental novelty badges; Elastic ribbons; Embroidered emblems; Embroidered patches for clothing; Embroidered patches for clothing; Embroidery; Embroidery for garments; Lace; Ornamental cloth patches; Ornamental adhesive patches for jackets; Ornamental novelty badges; Ornamental novelty buttons; Ornamental ribbons made of textiles; Patches for clothing made of cloth; Patches for repairing textile articles; Ribbons, namely, for the hair; Scarf clips not being jewelry<br><br>IC 043. US 100 101. G & S: Café services; cafeteria services; canteen services; day-nursery services; food and drink catering; providing temporary lodging at holiday camps; hotel services; restaurant services; self-service restaurant services; snack-bar services | March 9, 2021 |
| 5,613,772 | **GEKKO** | I C 028. US 022 023 038 050. G & S: Handheld games with liquid crystal displays, Hand-held, non-electronic skill games; Hand-held units for playing electronic games; tabletop games; Outdoor activity game equipment sold as a unit comprising sports balls for playing games; playthings, namely, board games, role playing games, trivia games played with cards and game components and question and answer games, chess games, card games, yo-yos, action skill games, dice games, target games, hand held unit for playing electronic games, hand held unit for playing video games, hand held games with liquid crystal displays; electronic and non-electronic puzzles and puzzle games, hand-held, tabletop, and travel-size jigsaw puzzles; balloons; playground balls for games; dolls and toys, namely, articulated and non-articulated dolls, toy figures, modeled plastic toy figurines, bendable toys and action figures; stuffed toys, plush toys, bean bags, bean bag animals, bean bag dolls, and cloth toys, namely, dolls; toy costume masks; puppets; corrugated play houses; playing cards; toy scooters; scale model toy vehicles; wooden toy vehicles; diecast toy vehicles. FIRST USE: 20160921. FIRST USE IN COMMERCE: 20160921 | Nov. 20, 2018 |
| 5,613,752 | **OWLETTE** | I C 028. US 022 023 038 050. G & S: Handheld games with liquid crystal displays, Hand-held, non-electronic skill games; Hand-held units for playing electronic games; tabletop games; Outdoor | Nov. 20, 2018 |

| REG. NO. | WORD/DESIGN MARK | CLASS(ES) | REG. DATE |
|---|---|---|---|
| | | activity game equipment sold as a unit comprising sports balls for playing games; playthings, namely, board games, role playing games, trivia games played with cards and game components and question and answer games, chess games, card games, yo-yos, action skill games, dice games, target games, hand held unit for playing electronic games, hand held unit for playing video games, hand held games with liquid crystal displays; electronic and non-electronic games and puzzle games, hand-held, tabletop, and travel-size jigsaw puzzles; balloons; playground balls for games; dolls and toys, namely, articulated and non-articulated dolls, toy figures, modeled plastic toy figurines, bendable toys and action figures; stuffed toys, plush toys, bean bags, bean bag animals, bean bag dolls, and cloth toys, namely, dolls; toy costume masks; puppets; corrugated play houses; playing cards; toy scooters; scale model toy vehicles; wooden toy vehicles; diecast toy vehicles. FIRST USE: 20160921. FIRST USE IN COMMERCE: 20160921 | |
| 5,572,276 | **CATBOY** | IC 028. US 022 023 038 050. G & S: Handheld games with liquid crystal displays, Hand-held, non-electronic skill games; Hand-held units for playing electronic games; tabletop games; Outdoor activity game equipment sold as a unit comprising sports balls for playing games; playthings, namely, board games, role playing games, trivia games played with cards and game components and question and answer games, chess games, card games, yo-yos, action skill games, dice games, target games, hand held unit for playing electronic games, hand held unit for playing video games, hand held games with liquid crystal displays; electronic and non-electronic puzzles and puzzle games, hand-held, tabletop, and travel-size jigsaw puzzles; balloons; playground balls for games; dolls and toys, namely, articulated and non-articulated dolls, toy figures, modeled plastic toy figurines, bendable toys and action figures; stuffed toys, plush toys, bean bags, bean bag animals, bean bag dolls, and cloth toys, namely, dolls; toy costume masks; puppets; corrugated play houses; playing cards; toy scooters; scale model toy vehicles; wooden toy vehicles; diecast toy vehicles. FIRST USE: 20160921. FIRST USE IN COMMERCE: 20160921 | Sept. 25, 2018 |
| 5,183,889 | **PJ Masks** | I C 009. US 021 023 026 036 038. G & S: Scientific, nautical, surveying, photographic, cinematographic, optical, weighing, measuring, signaling, checking and supervision, life-saving and teaching apparatus and instruments, namely, microscopes, cameras, video cameras, scales, graduated rulers; fire-extinguishing apparatus; apparatus for recording, transmission or reproduction of sound or images; magnetic data carriers and recording discs featuring music, children's entertainment, television programs for children; data-processing equipment, namely, data processors and computers; musical sound recordings and sound and video recordings featuring music, children's entertainment, television programs for children; downloadable ring tones, music, mp3, graphic and video files featuring music, children's entertainment, television programs for children for wireless communications devices; programs for computer games; video games software; computer games programs downloaded via the internet software; video game programs stored on cartridges, floppy discs, cd-roms, cassettes, tapes and mini discs; compact disc players; audio-video compact discs featuring music, children's entertainment, television programs for children; dvd players; recorded computer software for wireless transmission of data and images; downloadable computer programs for wireless transmission of data and images; exposed camera, cinematographic, and slide films; cassette players; magic lanterns; gramophone records featuring music, children's entertainment; life jackets; sound carriers, namely, CDs, DVDs, and Mp3 files, featuring music, children's entertainment, television programs for children; portable stereos; videotapes featuring music, children's entertainment, television programs for children; video cassettes featuring music, children's entertainment, television programs for children; video recorders; video game cartridges; mechanisms for coin-operated apparatus; cash registers; calculating machines<br><br>IC 018. US 001 002 003 022 041. G & S: Animal skins, hides; whips, harness and saddlery; leather and imitations of leather<br><br>IC 041. US 100 101 107. G & S: Education, namely, classes, courses, seminars, and workshops in the field of animation, math, science, computer programming; providing of training in the field of animation, math, science, computer programming; entertainment, namely, live musical performances, a series of television programs in the field of children's entertainment, basketball | April 18, 2017 |

| REG. NO. | WORD/DESIGN MARK | CLASS(ES) | REG. DATE |
|---|---|---|---|
| | | competitions; sporting and cultural activities, namely, basketball competitions, golf tournaments, art exhibitions; editing and production of film, television, radio and multimedia programs, radio entertainment namely, radio programs featuring performances by a fictional character; arranging and conducting of cultural, entertainment and sporting events, namely, live musical performances, arranging of concerts; photography; providing recreation facilities | |

6.     In an effort to illegally and deceptively profit from the Ricky Zoom and PJ Masks Trademarks and Copyrights, Defendants created numerous online marketplace accounts and online stores (referred to as "Defendant Internet Stores" or "Seller Aliases"), intentionally designed in look, feeling, and suggestion to give the impression to consumers that they are legitimate websites selling products manufactured by or authorized by eOne (the "Ricky Zoom and PJ Masks Products"), with Defendants' ultimate intention being to deceive unknowing consumers into purchasing unauthorized and infringing Ricky Zoom and PJ Masks Products (hereinafter referred to as "Counterfeit Ricky Zoom and PJ Masks Products" or "Counterfeit Products").

7.     Defendant Internet Stores share numerous unique identifiers, such as design elements and similarities of the unauthorized products offered for sale, establishing a logical relationship between Defendants, and suggesting that Defendants' illegal operations arise out of the same transaction, occurrence, or series of transactions or occurrences. Defendants attempt to avoid liability by going to great lengths to conceal both their identities and the full scope and interworking of their illegal operation.

8.     Plaintiff is forced to file this action to combat Defendants' ongoing infringement of Plaintiff's Ricky Zoom and PJ Masks Trademarks and Copyrights (collectively referred to as "eOne Intellectual Property" or "eOne IP"). Plaintiff has been and continues to be irreparably damaged through consumer confusion, dilution, loss of control over the creative content, and tarnishment of its valuable trademarks and copyrights as a result of Defendants' actions and is thus seeking injunctive and monetary relief.

18

**THE PLAINTIFF**

9.      Plaintiff, Entertainment One, was formed in 1994 and is a United Kingdom entertainment production and distribution company specializing in the development, acquisition, production, distribution, and sales of entertainment content. "Ricky Zoom" is a computer-animated children's television series created by Alexander Bar. It is produced by Hasbro's Entertainment One subsidiary and Frog Box in collaboration with Maga Animation Studio. The series was first released on Youku Kids on June 28, 2019. "PJ Masks" is an animated children's television series based on the Les Pyjamasques book by Romuald Racioppo. Numerous licensed Ricky Zoom and PJ Masks products are currently available in the market including video games, plush toys, playing cards, vehicles, household items, food, drink, clothing and jewelry.

10.      eOne is in the business of developing, marketing, and licensing Ricky Zoom and PJ Masks Products.

11.      eOne is the licensor of all Ricky Zoom and PJ Masks Products available in stores and on various e-commerce platforms, for example:



https://www.rickyzoom.com/products/

12. The Ricky Zoom and PJ Masks Trademarks have been used exclusively by eOne, and have never been abandoned. The Trademark Registrations are valid, subsisting, and in full force and effect. The registrations of the Ricky Zoom and PJ Masks Trademarks constitute *prima facie* evidence of their validity and of eOne's exclusive right to use the Ricky Zoom and PJ Masks Trademarks pursuant to 15 U.S.C. § 1057(b).

13. eOne has invested substantial time, money, and effort in building up and developing consumer recognition, awareness, and goodwill in the Ricky Zoom and PJ Masks Products.

14. The success of the Ricky Zoom and PJ Masks Products is due in large part to the marketing, promotional, and distribution efforts of eOne. These efforts include advertising and promotion through online retailer websites, and are conducted through internet-based advertising, print, and other efforts both in the United States and internationally.

15. The success of the Ricky Zoom and PJ Masks brand is also due to the use of high-quality materials and processes in making the Ricky Zoom and PJ Masks Products.

16. Additionally, eOne owes a substantial amount of the success of the Ricky Zoom and PJ Masks Products to its licensees, consumers, and interest that its consumers have generated.

17. As a result of the efforts of eOne, the quality of its Ricky Zoom and PJ Masks Products, the promotional efforts for its products and designs, press and media coverage, and widespread marketing, members of the public have become familiar with the Ricky Zoom and PJ Masks Products, Copyrights, and Trademarks, and associate them exclusively with eOne.

18. eOne has made efforts to protect its interests in and to the Ricky Zoom and PJ Masks Intellectual Property. eOne and its licensees are the only businesses and/or individuals authorized to manufacture, import, export, advertise, offer for sale, or sell any goods utilizing the Ricky Zoom and

PJ Masks Copyrights and/or Trademarks, without the express written permission of eOne. Plaintiff has not licensed or authorized Defendants to use the Ricky Zoom and PJ Masks IP..

## THE DEFENDANTS

19.     Defendants are individuals and business entities who, upon information and belief, reside in the People's Republic of China or other foreign jurisdictions. Defendants conduct business throughout the United States, including Illinois, and within this Judicial District, through the operation of fully interactive commercial websites and online marketplace accounts operating under the Defendant Internet Stores. Each Defendant targets the United States, including Illinois, and has offered to sell and, on information and belief, has sold and continues to sell Counterfeit Ricky Zoom and PJ Masks Products to consumers within the United States, Illinois, and this Judicial District.

## THE DEFENDANTS' UNLAWFUL CONDUCT

20.     The success and widespread popularity and recognition of the Ricky Zoom and PJ Masks brand and Ricky Zoom and PJ Masks Products has resulted in significant counterfeiting and intentional copying. Plaintiff has identified numerous domain names linked to fully interactive websites and marketplace listings on platforms such as eBay, Amazon, Wish, Etsy, and AliExpress, including the Defendant Internet Stores, which are offering for sale, selling, and importing Counterfeit Ricky Zoom and PJ Masks Products to consumers in this Judicial District and throughout the United States. Internet websites like the Defendant Internet Stores are estimated to receive tens of millions of visits per year and to generate over $135 billion in annual online sales. According to an intellectual property rights seizures statistics report issued by Homeland Security, the manufacturer's suggested retail price (MSRP) of goods seized by the U.S. government in the fiscal year 2013 was over $1.74 billion, up from $1.26 billion in 2012. Internet websites like the Defendant

Internet Stores are also estimated to contribute to tens of thousands of lost jobs for legitimate businesses and broader economic damages such as lost tax revenue every year.

21.     As recently addressed in the Wall Street Journal, Fortune, and the New York Times, and as reflected in the federal lawsuits filed against sellers offering for sale and selling infringing and/or counterfeit products on the above mentioned digital marketplaces, an astronomical number of counterfeit and infringing products are offered for sale and sold on these digital marketplaces at a rampant rate. *See* Kathy Chu, *Luxury brands get tougher with counterfeiters – and Alibaba*, MARKETWATCH (Aug. 16, 2016), http://www.marketwatch.com/story/luxury-brands-get-tough-with-counterfeiters-2016-08-16-91031611; Gilian Wong, *Alibaba Sued Over Alleged Counterfeits*, WALL STREET JOURNAL (May 17, 2015), http://www.wsj.com/articles/alibaba-sued-over-alleged-counterfeits-1431877734; Scott Cendrowski, *There's no end in sight for Alibaba's counterfeit problem*, FORTUNE (May 18, 2015), http://fortune.com/2015/05/18/theres-no-end- in-sight-for-alibabas-counterfeit-problem/.

22.     Upon information and belief, Defendants facilitate sales by designing their Internet stores and product listings to appear to unknowing consumers as authorized online retailers, outlet stores, or wholesalers selling genuine Ricky Zoom and PJ Masks Products, through the use of eOne Intellectual Property. Defendant Internet Stores look sophisticated and perpetuate an illusion of legitimacy – they accept payment in U.S. dollars via credit cards, Western Union, and PayPal; they often include images and design elements that make it difficult for consumers to distinguish these unauthorized sites from an authorized website; they offer "live 24/7" customer service; and, they use indicia of authenticity and security that consumers have come to associate with authorized retailers, including the McAfee® Security, VeriSign®, Visa®, MasterCard®, and PayPal® logos.

23.     Upon information and belief, Defendants also deceive unknowing consumers by using the Ricky Zoom and PJ Masks Trademarks without authorization within the content, text, and/or meta tags of their websites, in order to attract and manipulate search engines into identifying the Defendant Internet Stores as legitimate websites for Ricky Zoom and PJ Masks Products. Defendants also employ other unauthorized search engine optimization ("SEO") tactics and social media spamming so that the Defendant Internet Stores show up at or near the top of relevant search results, including tactics to propel new domain names to the top of search results after others are shut down. These tactics are meant to, and are successful in, misdirecting consumers who are searching for genuine Ricky Zoom and PJ Masks Products.

24.     Upon information and belief, Defendants operate in a collective and organized manner, often monitor trademark infringement litigation alert websites, are in continuous and active concert with one another, are in frequent communication with each other – utilizing online chat platforms and groups, and use these collective efforts in an attempt to avoid liability and intellectual property enforcement efforts. Furthermore, there is a substantial evidentiary overlap in Defendants' behavior, conduct, and individual acts of infringement, thus constituting a collective enterprise.

25.     Defendants go to great lengths to conceal their identities and often use multiple fictitious names and addresses to register and operate their massive network of Defendant Internet Stores. For example, many of Defendants' names and physical addresses used to register the Defendant Internet Stores are incomplete, contain randomly typed letters, or fail to include cities or states. Other Defendants use privacy services that conceal the owners' identity and contact information. Upon information and belief, Defendants regularly create new websites and online marketplace accounts on various platforms using the identities listed in Schedule A of the Complaint,

as well as other unknown fictitious names and addresses. Such Defendant Internet Store registration patterns are one of many common tactics used by Defendants to conceal their identities, the full scope and interworking of their massive infringing operation, and to avoid being shut down.

26.     Even though Defendants operate under multiple fictitious names, there are numerous similarities among the Defendant Internet Stores, including, but by no means limited to: (1) virtually identical layouts, even though different aliases were used to register the respective online markplace accounts; (2) similarities of the Counterfeit Ricky Zoom and PJ Masks Products, and indicia of being related to one another, suggesting that the illegal products were manufactured by and come from a common source and that, upon information and belief, Defendants are interrelated; and, (3) other notable common features such as use of the same registration patterns, unique shopping cart platforms, accepted payment methods, check-out methods, meta data, illegitimate SEO tactics, HTML user-defined variables, domain redirection, lack of contact information, identically or similarly priced items and volume sales discounts, similar hosting services, similar name servers, and the use of the same text and images.

27.     Further, illegal operators, like Defendants, typically operate multiple credit card merchant accounts and third-party payment processor accounts, such as PayPal accounts, behind layers of payment gateways so they can continue operation in spite of any enforcement efforts. Upon information and belief, and as PayPal transaction logs in previous similar cases have shown, Defendants maintain off-shore bank accounts and regularly move funds from their PayPal accounts to off-shore bank accounts outside the jurisdiction of this Court.

28.     Defendants, without any authorization or license, have knowingly and willfully infringed the Ricky Zoom and PJ Masks Trademarks and Copyrights in connection with the advertisement, distribution, offering for sale, and sale of illegal, infringing, and counterfeit

products into the United States and Illinois. Each Defendant Internet Store offers to ship to the United States, including Illinois, and, on information and belief, each Defendant has offered to sell, or has already sold, infringing products therein.

29.     In committing these acts, Defendants have, among other things, willfully and in bad faith, committed the following, all of which have and will continue to cause irreparable harm to the Ricky Zoom and PJ Masks brand: infringed upon and counterfeited the Ricky Zoom and PJ Masks Trademarks and Copyrights; created, manufactured, sold, and/or offered to sell counterfeit products and/or products which infringe upon the eOne Intellectual Property; used the eOne IP in an unauthorized manner in order to sell, advertise, describe, mislead, disceive, and trade upon the Ricky Zoom and PJ Masks brand; engaged in unfair competition; and unfairly and unjustly profited from such activities at the expenses of eOne.

30.     Unless enjoined, Defendants will continue to cause irreparable harm to eOne.

<u>**COUNT I**</u>
**TRADEMARK INFRINGEMENT AND COUNTERFEITING (15 U.S.C. § 1114)**

31.     Plaintiff repleads and incorporates by reference each and every allegation set forth in the preceding paragraphs as if fully set forth herein.

32.     This is a trademark infringement action against Defendants, based on their unauthorized use in commerce of counterfeit imitations of the federally registered Plaintiff's Trademarks in connection with the sale, offering for sale, distribution, and/or advertising of infringing goods.

33.     Without the authorization or consent of eOne, and with knowledge of eOne's well-known ownership rights in its Ricky Zoom and PJ Masks Trademarks, and with knowledge that Defendants' Counterfeit Products bear counterfeit marks, Defendants intentionally reproduced, copied, and/or colorably imitated the Ricky Zoom and PJ Masks Trademarks and/or used spurious

designations that are identical with, or substantially indistinguishable from, the Ricky Zoom and PJ Masks Trademarks on or in connection with the manufacturing, import, export, advertising, marketing, promotion, distribution, display, offering for sale, and/or sale of Counterfeit Products.

34. Defendants have manufactured, imported, exported, advertised, marketed, promoted, distributed, displayed, offered for sale, and/or sold their Counterfeit Products to the purchasing public in direct competition with eOne and the Ricky Zoom and PJ Masks Products, in or affecting interstate commerce, and/or have acted with reckless disregard of Plaintiff's rights in and to the Ricky Zoom and PJ Masks Trademarks through their participation in such activities.

35. Defendants have applied their reproductions, counterfeits, copies, and colorable imitations of the Ricky Zoom and PJ Masks Trademarks to packaging, point-of-purchase materials, promotions, and/or advertisements intended to be used in commerce upon, or in connection with, the manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale, and/or selling of Defendants' Counterfeit Products, which is likely to cause confusion, mistake, and deception among the general purchasing public as to the origin of the Counterfeit Products, and is likely to deceive consumers, the public, and the trade into believing that the Counterfeit Products sold by Defendants originate from, are associated with, or are otherwise authorized by eOne, through which Defendants make substantial profits and gains to which they are not entitled in law or equity.

36. Defendants' unauthorized use of the Ricky Zoom and PJ Masks Trademarks on or in connection with the Counterfeit Products was done with notice and full knowledge that such use was not authorized or licensed by eOne, and with deliberate intent to unfairly benefit from the incalculable goodwill inherent in the Ricky Zoom and PJ Masks Trademarks.

26

37.    Defendants' actions constitute willful counterfeiting of the Ricky Zoom and PJ Masks Trademarks in violation of 15 U.S.C. §§ 1114(1)(a)-(b), 1116(d), and 1117(b)-(c).

38.    Defendants' continued intentional use of the Ricky Zoom and PJ Masks Trademarks without the consent or authorization of eOne, constitutes intentional infringement of eOne's federally registered Ricky Zoom and PJ Masks Trademarks in violation of §32 of the Lanham Act, 15 U.S.C. § 1114.

39.    As a direct and proximate result of Defendants' illegal actions alleged herein, Defendants have caused substantial monetary loss, irreparable injury, and damage to eOne, its business, its reputation, and its valuable rights in and to the Ricky Zoom and PJ Masks Trademarks and the goodwill associated therewith, in an amount as yet unknown. eOne has no adequate remedy at law for this injury, and unless immediately enjoined, Defendants will continue to cause such substantial and irreparable injury, loss, and damage to eOne and its valuable Ricky Zoom and PJ Masks Trademarks.

40.    Based on Defendants' actions as alleged herein, eOne is entitled to injunctive relief, damages for the irreparable harm that eOne has sustained, and will sustain, as a result of Defendants' unlawful and infringing actions, as well as all gains, profits, and advantages obtained by Defendants as a result thereof, enhanced discretionary damages, treble damages, and/or statutory damages of up to $2,000,000 per-counterfeit mark per-type of goods sold, offered for sale, or distributed, and reasonable attorneys' fees and costs.

## COUNT II
## FALSE DESIGNATION OF ORIGIN, PASSING OFF, & UNFAIR COMPETITION
### (15 U.S.C. § 1125(a)/LANHAM ACT § 43(a))

41.     Plaintiff repleads and incorporates by reference each and every allegation set forth in the preceding paragraphs as if fully set forth herein.

42.     Plaintiff, as the owner of all right, title, and interest in and to the Ricky Zoom and PJ Masks Trademarks has standing to maintain an action for false designation of origin and unfair competition under the Federal Trademark Statute, Lanham Act § 43(a) (15 U.S.C. § 1125).

43.     Plaintiff's Trademarks are inherently distinctive and are registered with the United States Patent and Trademark Office on the Principal Register; the Ricky Zoom and PJ Masks Trademarks have been continuously used and have never been abandoned; the registrations for the Ricky Zoom and PJ Masks Trademarks are valid, subsisting, and in full force and effect; and many are incontestable pursuant to 15 U.S.C. § 1065.

44.     Defendants' promotion, marketing, offering for sale, and sale of infringing Ricky Zoom and PJ Masks Products has created and continues to create a likelihood of confusion, mistake, and deception among the public as to the affiliation, connection, or association with Plaintiff or as to the origin, sponsorship, or approval of Defendants' infringing products by Plaintiff.

45.     By using the Ricky Zoom and PJ Masks Trademarks in connection with the sale of unauthorized products, Defendants create a false designation of origin and a misleading representation of fact as to the origin and sponsorship of the unauthorized products.

46.     Defendants' false designation of origin and misrepresentation of fact as to the origin and/or sponsorship of the unauthorized products to the general public is a willful violation of Section 43 of the Lanham Act, 15 U.S.C. § 1125.

47.     Upon information and belief, Defendants' aforementioned wrongful actions have been knowing, deliberate, willful, and intended to cause confusion, to cause mistake, and to deceive the purchasing public, with the intent to trade on the goodwill and reputation of eOne, its Ricky Zoom and PJ Masks Products and Trademarks.

48.     As a direct and proximate result of Defendants' aforementioned actions, Defendants have caused irreparable injury to eOne by depriving Plaintiff of sales of its Ricky Zoom and PJ Masks Products and by depriving eOne of the value of its Ricky Zoom and PJ Masks Trademarks as commercial assets in an amount as yet unknown.

49.     Plaintiff has no adequate remedy at law and, if Defendants' actions are not enjoined, Plaintiff will continue to suffer irreparable harm to its reputation and the goodwill of its brand.

<u>**COUNT III**</u>
**VIOLATION OF ILLINOIS UNIFORM DECEPTIVE TRADE PRACTICES ACT**
**(815 ILCS § 510, *et seq.*)**

50.     Plaintiff repleads and incorporates by reference each and every allegation set forth in the preceding paragraphs as if fully set forth herein.

51.     Defendants have engaged in acts violating Illinois law, including, but not limited to, passing off their unauthorized products as those of Plaintiff, causing a likelihood of confusion and/or misunderstanding as to the source of Defendants' goods, thus causing a likelihood of confusion and/or misunderstanding as to an affiliation, connection, or association with genuine Ricky Zoom and PJ Masks Products, through Defendants' representation that Defendants' Counterfeit Products have Plaintiff's approval, when they do not.

52.     The foregoing Defendants' acts constitute a willful violation of the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510, *et seq.*.

53.     Plaintiff has no adequate remedy at law, and Defendants' conduct has caused Plaintiff to suffer damage to its reputation and goodwill. Unless enjoined by the Court, Plaintiff will suffer future irreparable harm as a direct result of Defendants' unlawful activities.

**COUNT IV**
**COPYRIGHT INFRINGEMENT (17 U.S.C. § 501(a))**

54.     Plaintiff repleads and incorporates by reference each and every allegation set forth in the preceding paragraphs as if fully set forth herein.

55.     The Ricky Zoom and PJ Masks Copyrights are the subject of multiple valid copyright registrations.

56.     Plaintiff, at all relevant times, has been the holder of the copyright registrations and exclusive rights of and belonging to eOne, including but not limited to the Ricky Zoom and PJ Masks Copyrights and derivative works.

57.      These copyrights have significant value and have been produced and created at considerable expense.

58.     The trademarked and copyrighted products include a copyright notice advising the general public that the eOne Products are protected by the Copyright Laws of the United States.

59.     Upon information and belief, Defendants had access to the copyrighted work through Plaintiff's normal business activities. After accessing Plaintiff's work, Defendants wrongfully created copies of the copyrighted work without Plaintiff's consent, and engaged in, and continue to engage in acts of widespread infringement.

60.     Entertainment One UK Ltd. is informed, and thereon alleges, that Defendants further infringed eOne Copyrights by making, or causing to be made, derivative works by producing and distributing unauthorized reproductions of the eOne Copyrights, without permission of eOne.

61.     Each Defendant, without the permission or consent of the Plaintiff, has sold, and continues to sell, online infringing derivative works of Plaintiff's Copyrights. Each Defendant has violated Plaintiff's exclusive rights of reproduction and distribution. Each Defendant's actions constitute an infringement of Plaintiff's exclusive rights protected under the Copyright Act (17 U.S.C. §101 *et seq*.).

62.     Further, as a direct result of the Defendants' acts of copyright infringement, Defendants have obtained profits they would not have otherwise realized but for their infringement of Plaintiff's Copyrights. eOne is entitled to disgorgement of Defendants' profits, directly and indirectly, attributable to said infringement.

63.     As a result of each Defendant's infringement of Plaintiff's exclusive rights under U.S. Copyright Law, Plaintiff is entitled to relief pursuant to 17 U.S.C. §504.

64.     The conduct of each Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiff great and irreparable injury that cannot fully be compensated or measured monetarily. Plaintiff has no adequate remedy at law. As such, pursuant to 17 U.S.C. §§502 and 503, Plaintiff is entitled to injunctive relief prohibiting each Defendant from further infringing Plaintiff's Copyrights, and ordering that each Defendant destroy all unauthorized and/or infringing copies and reproductions of Plaintiff's Copyrighted works. Defendants' copies, plates, and other embodiments of the copyrighted work from which copies can be reproduced should be impounded and forfeited to eOne as instruments of infringement, under 17 U.S.C §503.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests judgment against Defendants as follows:

1) That Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be temporarily, preliminarily, and permanently enjoined and restrained from:

    a. using the Ricky Zoom and PJ Masks Trademarks or any reproductions, copies, or colorable imitations thereof, in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not an authorized Ricky Zoom and PJ Masks Product, or is not authorized by Plaintiff to be sold in connection with the Ricky Zoom and PJ Masks Trademarks or Ricky Zoom and PJ Masks Copyrights;

    b. passing off, inducing, or enabling others to sell or pass off any product not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Ricky Zoom and PJ Masks Trademarks or Ricky Zoom and PJ Masks Copyrights;

    c. shipping, delivering, holding for sale, transferring, or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not authorized by Plaintiff to be sold or offered for sale, and which bear the Ricky Zoom and PJ Masks Trademarks, or which are derived from the Ricky Zoom and PJ Masks Copyrights;

    d. further infringing the Ricky Zoom and PJ Masks Trademarks and damaging Plaintiff's goodwill;

    e.   using, linking to, transferring, selling, exercising control over the Defendant Internet Stores, Defendant product listings, or any other domain name or online marketplace account that is being used to sell products or inventory not authorized by Plaintiff which bear the Ricky Zoom and PJ Masks Trademarks or which are derived from Plaintiff's Ricky Zoom and PJ Masks Copyrights;

    f.   operating and/or hosting websites at the Defendant Internet Stores, and any other domain names registered to or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of products or inventory not authorized by Plaintiff which bear the Ricky Zoom and PJ Masks Trademarks, or which are derived from Plaintiff's Ricky Zoom and PJ Masks Copyrights;

2)  Entry of an Order that, upon Plaintiff's request, those in privity with Defendants and those with notice of the injunction, including any online marketplaces and payment processors, such as eBay, Amazon, Etsy, Wish, iOffer, and Alibaba Group Holding Ltd., Alipay.com Co., Ltd., and any related Alibaba entities (collectively, "Alibaba"), social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing, and Yahoo, web hosts for the Defendant Internet Stores, and domain name registrars, shall:

    a.   disable and cease providing services for any accounts through which Defendants engage in the sale of products not authorized by Plaintiff which bear the Ricky Zoom and PJ Masks Trademarks, including any accounts associated with Defendants listed on Schedule A;

    b.   disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of products not authorized by Plaintiff which

33

bear the Ricky Zoom and PJ Masks Trademarks, or which are derived from Plaintiff's copyrights in the Ricky Zoom and PJ Masks Copyrights; and,

c. take all steps necessary to prevent links to the Defendant Internet Stores identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Internet Stores from any search index.

3) That Defendants account for, and pay to, Plaintiff all profits realized by Defendants by reason of Defendants' unlawful acts herein alleged;

4) For Judgment in favor of Plaintiff against Defendants that they have willfully infringed Plaintiff's rights in its federally registered Trademarks, pursuant to 15 U.S.C. § 1114;

5) That Plaintiff be awarded actual damages, statutory damages, and/or other available damages, at the election of Plaintiff; and that the amount of damages for infringement are increased by a sum not to exceed three times the amount thereof as provided by 15 U.S.C. § 1117;

6) For Judgment in favor of Plaintiff against Defendants that they have: a) willfully infringed Plaintiff's rights in its federally registered copyrights pursuant to 17 U.S.C. §501; and, b) otherwise injured the business reputation and business of Plaintiff by Defendants' acts and conduct set forth in this Complaint;

7) That Plaintiff be awarded actual damages, statutory damages, and/or other available damages pursuant to 17 U.S.C. §504, at the election of Plaintiff;

8) That Plaintiff be awarded its reasonable attorneys' fees and costs; and,

9) Any and all other relief that this Court deems just and proper.

DATED:  January 25, 2022

Respectfully submitted,

*/s/ Ann Marie Sullivan*
Ann Marie Sullivan
Alison Carter
Sofia Quezada
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail:  ams@amsullivanlaw.com

**ATTORNEYS FOR PLAINTIFF**