IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ENTERTAINMENT ONE UK LTD., | |
| Plaintiff, | |
| v. | No. 21-cv-06471 |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFED ON SCHEDULE A, | Judge John F. Kness |
| Defendants. | |

**ORDER**

No remaining Defendant has responded to Plaintiff's motion for entry of default judgment. Accordingly, the motion (Dkt. 33) is granted. Because Defendants directly target their business activities toward consumers in the United States, including Illinois, this Court has personal jurisdiction over the Defendants. *Am. Bridal & Prom Indus. Ass'n v. P'ships & Unincorporated Ass'ns Identified on Schedule A*, 192 F. Supp. 3d 924, 934 (N.D. Ill. 2016). Plaintiff has presented screenshot evidence that each Defendant Internet Store is reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet Stores through which Illinois residents can and do purchase infringing products. (*See, e.g.*, Dkt. 10.) In addition, based on the evidence previously submitted by Plaintiff and the admission of liability by virtue of the default, Plaintiff has established that a permanent injunction is warranted. The infringement of Plaintiff's marks and copyrights irreparably harms Plaintiff and confuses the public.

Defendants' infringement was willful and statutory damages are thus awarded. After considering the nature of the products, the price point, the absence of any concrete evidence of lost profits or high-volume infringement by Defendants (Plaintiff has not sought an accounting of profits), the value of Plaintiff's brands and copyrights, and the need to deter infringement that is easily committed and difficult to stop, the court finds that (1) $100,000 per distinct Defendant is an appropriate award of statutory damages under 15 U.S.C. § 1117(c)(2) for Defendants' willful use of counterfeit trademarks; and (2) $50,000 per distinct Defendant is an appropriate award of statutory damages under 17 U.S.C. § 504(c)(2) for Defendants' willful infringement of Plaintiff's copyrights. Enter Final Judgment Order. All pending motions are dismissed as moot. Civil case terminated.

2

SO ORDERED in No. 21-cv-06471.

Date: April 28, 2022

 _____
 JOHN F. KNESS
 United States District Judge